# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**JUSTIN RICHE**                                                **PETITIONER**

**VERSUS**                              **CIVIL ACTION NO. 2:24cv180-TBM-RPM**

**SHERIFF CHARLIE SIMS and FORREST**
**COUNTY JAIL**                                         **RESPONDENTS**

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. Pro se Petitioner Justin Riche initiated this habeas action on August 26, 2024.[1] At the time, he was a pretrial detainee at the Forrest County Jail.

On December 2, 2024, the Court ordered Riche to either pay the $5 filing fee or amend his application to proceed *in forma pauperis*, by January 2, 2025. The Order [4] was mailed to his address of record but was returned as undeliverable on December 30, 2024.

To date, Riche has not responded, provided a change of address, or otherwise contacted the Court. Riche is warned that failure to comply could result in the dismissal of this case. It is his responsibility to prosecute this case, including obeying Orders of the Court. Accordingly,

**IT IS THEREFORE ORDERED** that, **on or before February 5, 2025**, pro se Petitioner Justin Riche shall either (1) pay the $5.00 filing fee, (1) amend his application to proceed *in forma pauperis*, or (3) file a written response showing cause why this case should not be dismissed for failure to obey an Order [4] of the Court. Failure to timely respond may result

---

[1] The Petition [1] was originally filed in civil action number 2:23cv57. Because that case contained 42 U.S.C. § 1983 claims, the habeas Petition was severed and opened in this case on November 22, 2024.

in dismissal of this case.

      **SO ORDERED**, this the 22nd day of January, 2025.

                                             /s/ *Robert P. Myers, Jr.*
                                             ROBERT P. MYERS, JR.
                                             UNITED STATES MAGISTRATE JUDGE